**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Cedric Wienold

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CEDRIC WIENOLD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**THE MCCLATCHY COMPANY,**<br><br>Defendant. | **Case No.:** CV17-1807 CAS (KSx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. CHRISTINA A. SNYDER** |

NOTICE IS HEREBY GIVEN that the individual dispute between Plaintiff CEDRIC WIENOLD ("Plaintiff") and Defendant THE MCCLATCHY COMPANY ("Defendant") only has been resolved in its entirety.  The Parties anticipate filing a Joint Motion for Dismissal of Plaintiff's claims with Prejudice and the putative class member's claims without prejudice within 60 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 22, 2017 for filing a Joint Dismissal.

Date: May 22, 2017                                   **KAZEROUNI LAW GROUP, APC**

                                                By:   /s Matthew M. Loker_____
                                                      MATTHEW M. LOKER, ESQ.
                                                      ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 22nd day of May 2017, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

                                                      ___/s/ Matthew M. Loker___
                                                      Matthew M. Loker