Harijot S. Khalsa, Esq. (SBN 277242)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
hskhalsa@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for Defendant The McClatchy Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC WIENOLD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> THE MCCLATCHY COMPANY, <br><br> Defendant. | Case No.  17-cv-01807-CAS-KS <br><br> STIPULATION TO DISMISS |

///
///
///
///
//

Stipulation to Dismiss

1

Plaintiff Cedric Wienold and Defendant The McClatchy Company, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1).

IT IS SO STIPULATED.

Dated: 6/26/2017                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                    */s/ Harijot S. Khalsa*
                                    Harijot S. Khalsa
                                    Attorney for
                                    The McClatchy Company


Dated: 6/26/2017                    KAZEROUNI LAW GROUP, APC

                                    */s/ Matthew M. Loker*
                                    Matthew M. Loker
                                    Attorney for
                                    Cedric Wienold