UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC WIENOLD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  17-cv-01807-CAS-KS  [Proposed] ORDER GRANTING STIPULATION TO DISMISS |
| Plaintiff, | | |
| vs. | | |
| THE MCCLATCHY COMPANY, | | |
| Defendant. | | |

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff Cedric Wienold and Defendant The McClatchy Company, the above-captioned action is hereby dismissed in its entirety with prejudice.

Date: June 27, 2017

*Christina A. Snyder*
Judge: Hon. Christina A. Snyder